UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DE SEQUERA<br><br>  Plaintiff,<br><br>v.<br><br>LA JOLLA COUNTRY DAY SCHOOL<br><br>  Defendant. | Case No.:  20cv1778-LAB (AGS)<br><br>**ORDER OF REMAND** |

After the Court issued an order to show cause regarding jurisdiction, the parties filed a joint motion asking the Court to remand this action to state court. The joint motion is **GRANTED** and this action is **REMANDED** to the Superior Court of California for the County of San Diego.

**IT IS SO ORDERED**.

Dated:  October 8, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge